IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MELISSA M. JAYNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:12CV168 |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on July 8, 2014, was served on the parties in this action. Plaintiff filed objections to the Recommendation. (Doc. 25.) The Court has appropriately reviewed the portions of the Magistrate Judge's Recommendation to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, that Plaintiff's Motion for Summary Judgment (Doc. 19) is DENIED, that Defendant's Motion for Judgment on the Pleadings (Doc. 21) is GRANTED, and that this action is DISMISSED WITH PREJUDICE. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 25th day of March, 2015.

                                                                      /s/ Loretta C. Biggs
                                                        United States District Judge